```
1
RUSSELL D. GREER
CHAPTER 13 TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 18-22241 |
| LEYNE FERNANDEZ | D.C. No.: RDG-3 |
| Debtor(s). | CHAPTER 13 PROCEEDING |

## CONDITIONAL ORDER RE DISMISSAL

A hearing on the Motion for Order of Dismissal Pursuant to 11 U.S.C. Section 1307, brought by Russell D. Greer, Chapter 13 Trustee, was held on August 21, 2018.  As a result of said hearing,

IT IS ORDERED:

The motion is conditionally denied.  Debtor(s) shall file an Amended Chapter 13 Plan by September 4, 2018.  If the debtor(s) fail to meet said condition(s), the Trustee may, by declaration of a competent witness, set forth said failure and submit an Order Dismissing the debtor(s) case without further notice.

Dated:  August 21, 2018

Dat

*Robert S. Bardwil, Judge*
*United States Bankruptcy Court*

RECEIVED
August 21, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006343436

-1-