Richard Sturdevant, SBN 269088
Financial Relief Law Center
1200 Main St. Ste G
Irvine, CA 92614
Telephone: 714-442-3335
Fax: 714-361-5376

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# MODESTO DIVISION

| | |
|---|---|
| In Re:<br><br>LEYNE FERNANDEZ,<br>　　　　　　　　Debtor. | Case No. 2018-22241<br><br>Chapter 13<br><br>DCN: RS-4<br><br>**MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN**<br><br>**Hearing:**<br>Judge: Hon. Robert S. Bardwil<br>Date:　January 15, 2018<br>Time:　10:00 a.m.<br>Place: 1200 I Street, Suite 4<br>　　　　Modesto, California |

**TO THE HONORABLE ROBERT S. BARDWIL, THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

## MOTION TO CONFIRM

　　Pursuant to 11 U.S.C. §1323 & BLR 3015-1(d)(1), Debtor moves this Court for an Order Confirming Second Amended Chapter 13 Plan filed on November 27, 2018. Debtor Leyne Fernandez, by and through her attorney of record, moves the Court herein to confirm the Second Amended Chapter 13 Plan. The essential facts necessary for the Court to determine whether to confirm the motion are:

　　1. The Debtor filed this case on April 15, 2018.

2. Debtor filed the amended plan on November 27, 2018.
3. Debtor has filed a plan that applies with applicable law.
4. Debtor has paid any fees or charges required by the Court.
5. Debtor has proposed the plan in good faith and not by any means forbidden by law.
6. Debtor has proposed a Plan that provides that unsecured creditors will receive at least what they would receive in the event of Chapter 7 liquidation.
7. All secured creditors provided for have either accepted the plan or Debtor will surrender the property securing her claims, or the plan provides to pay the creditors pursuant to 11 U.S.C. 1325(a)(B).
8. Debtor will be able to make the plan payments under the plan and comply with the plan.
9. Debtor has filed all applicable tax returns.
10. Debtor's Plan meets the requirements set out in 11 U.S.C. 1322(a), 1322(b), 1323(c), and 1325(a) for confirmation of Chapter 13 Plans.
11. Debtor's plan length is 60 months.
12. Debtor is to pay $575.00 for 4 months, $796.00 for 3 months, and $822.00 for 53 months.
13. Debtor will fund the plan and pay a 9% dividend to all unsecured non-priority claims using her monthly plan payments.
14. All due diligence and pay documentation has been provided to the trustee.

WHEREFORE, Debtor requests that the Second Amended Chapter 13 Plan be confirmed.

Dated: November 27, 2018

Respectfully Submitted,

/s/ Richard Sturdevant
Richard Sturdevant
Attorney for the Debtor

**MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN** - 2