# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

**Case Title:** Leyne Fernandez  
**Case No.:** 18-22241 - D - 13  
**Docket Control No.** RDG-4  
**Date:** 11/27/2018  
**Time:** 10:30 AM  

**Matter:** [72] - Motion/Application to Dismiss Case [RDG-4] Filed by Trustee Russell D. Greer (msts)

**Judge:** Robert S. Bardwil  
**Courtroom Deputy:** Nancy Williams  
**Reporter:** Electronic Record  
**Department:** D  

**APPEARANCES for:**  
**Movant(s):**  
Trustee's Attorney - Lorraine Crozier  
**Respondent(s):**  
(by phone) Debtor's Attorney - Richard L. Sturdevant  

### CIVIL MINUTES

Motion Conditionally granted as stated on the record.

Findings of fact and conclusions of law stated orally on the record

**ORDER TO BE PREPARED BY: Movant(s)**