RUSSELL D. GREER
CHAPTER 13 TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:                                         ) Case No.: 18-22241
                                               )
LEYNE FERNANDEZ                                ) D.C. No.: RDG-4
                                               )
                                  Debtor(s).   ) CHAPTER 13 PROCEEDING
                                               )

## CONDITIONAL ORDER RE DISMISSAL

A hearing on the Motion for Order of Dismissal Pursuant to 11 U.S.C. Section 1307, brought by Russell D. Greer, Chapter 13 Trustee, was held on November 27, 2018. As a result of said hearing,

IT IS ORDERED:

The motion is conditionally denied. Debtor(s) shall confirm a Chapter 13 plan by January 22, 2019. If the debtor(s) fail to meet said condition(s), the Trustee may, by declaration of a competent witness, set forth said failure and submit an Order Dismissing the debtor(s) case without further notice.

Dated: November 29, 2018

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court

RECEIVED
November 28, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006401970

-1-