BURKE, WILLIAMS & SORENSEN, LLP
Richard J. Reynolds, Bar No. 89911
Rafael R. Garcia-Salgado, Bar No. 283230
1851 East First Street, Suite 1550
Santa Ana, CA  92705-4067
Telephone:    949.863.3363
Facsimile:     949.863.3350

Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>LEYNE FERNANDEZ<br><br>           Debtor, | Case No.  18-22241<br><br>Chapter Number:  13<br><br>DCN: RS-3<br><br>**SECURED CREDITOR TRINITY FINANCIAL SERVICES, LLC'S OPPOSITION TO DEBTOR'S MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN**<br><br>**Plan Confirmation Hearing:**<br><br>Date:     **January 15, 2019**<br>Time:    **10:00 a.m.**<br>Ctrm:    **34**<br>Dept:    **D** |

TRINITY FINANCIAL SERVICES, LLC ("Trinity") hereby opposes (the "Opposition") the Debtor's Motion to confirm her proposed Second Amended Chapter 13 Plan [Docket No. 76] (the "Motion") in the above-referenced matter.  This Opposition is based on the authorities cited herein and on such additional submissions and argument as may be presented at or before the confirmation hearing.  In support of its Opposition, Trinity respectfully states as follows:

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4836-8190-3237 v1
06836-0125

- 1 -

OPPOSITION TO MOTION TO CONFIRM SECOND AMENDED PLAN

## I. INTRODUCTION

Trinity requests that the Court deny confirmation of the Debtor's Second Amended Plan [Docket No. 82] (the "Plan"), as the Debtor fails to propose the Plan in good faith. As the owner of a business and an above-median earner, the Debtor once again has failed to schedule her income and assets properly, in an attempt to minimize plan payments. For the reasons set forth herein, the Court should deny confirmation of the Plan.

## II. ARGUMENT

1. The provisions of 11 U.S.C. § 1325 set forth the requirements for the Court to confirm a Chapter 13 plan. The burden is on the debtor to demonstrate that the plan meets the conditions essential for confirmation. *Warren v. Fidelity & Casualty Co. of N.Y. (In re Warren)*, 89 B.R. 87, 93 (B.A.P. 9th Cir. 1988). For the reasons detailed herein, the Debtor fails to meet this burden.

### A. The Plan is Not Proposed in Good Faith

2. The Debtor's Amended Schedule B lists "Insurance Renewals from Existing Clients" [Docket 81 at 6]. The Debtor scheduled the value of the life insurance renewals as approximately $600, as if it were an asset of that value. However, the Debtor is in a sixty-month plan, so the Debtor should have scheduled the full value of the insurance renewals. $600 times 60 months equals $36,000.

3. The Debtor is required to schedule the full value of the asset for the purpose of the liquidation test.

### B. The Plan Fails the Liquidation Test

4. Because the Debtor failed to schedule the value of her life insurance renewals, the Plan cannot be confirmed. Section 1325(a)(4) requires a Chapter 13 plan to pay to unsecured creditors more than those creditors would receive in a Chapter 7. The Debtor has failed to carry her burden for proving the Plan meets the liquidation test. Accordingly, this case should be dismissed or converted to Chapter 7.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4836-8190-3237 v1
06836-0125

- 2 -

OPPOSITION TO MOTION TO CONFIRM SECOND AMENDED PLAN

### III. CONCLUSION.

Based on the foregoing, Trinity respectfully requests that the Plan not be confirmed. Trinity submits that this case should be dismissed pursuant to the Court's *Conditional Order Re Dismissal* [Docket No. 87].

Dated: January 8, 2019

Respectfully submitted,

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Rafael Garcia
Richard J. Reynolds
Rafael R. Garcia-Salgado
Attorneys for Creditor
TRINITY FINANCIAL SERVICES, LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
SANTA ANA

IRV #4836-8190-3237 v1
06836-0125

- 3 -

OPPOSITION TO MOTION TO CONFIRM SECOND AMENDED PLAN

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **1851 East First Street, Suite 1550, Santa Ana, California 92705-4067**

**A** true and correct copy of the foregoing document entitled (*specify*): **CREDITOR TRINITY FINANCIAL SERVICES, LLC'S OPPOSITION TO DEBTOR'S MOTION TO CONFIRM SECOND AMENDED CHAPTER 13 PLAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/8/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard L. Sturdevant: ecf@bwlawcenter.com; rich@lawcenter.com
- Russell D. Greer: efile@mod13.com; rgreer13@ecf.epiqsystems.com
- Office of the U.S. Trustee: ustpregion17.sc.ecf@usdoj.gov
- Tyneia Merritt: attymerritt@gmail.com; attymerritt@gmail.com
- Rafael R. Garcia-Salgado: rgarcia@bwslaw.com; rjr-nef@bwslaw.com; bantle@bwslaw.com; rgarcia@bwslaw.com
- Richard J Reynolds: rreynolds@bwslaw.com; jbuchman@bwslaw.com; psoeffner@bwslaw.com; tmims@bwslaw.com; fcabezas@bwslaw.com; rjr-nef@bwslaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **1/8/19**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| **Debtor:**<br>Leyne Fernandez<br>2371 Pisa Circle<br>Stockton, CA 95206 | **Judge**:<br>Hon. Robert S. Bardwil<br>United States Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, California 95814 |
|---|---|
| **Interested Party:**<br>Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method <u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 8, 2019** | Bernadette C. Antle | /s/ *signature* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Santa Ana

IRV #4836-8190-3237 v1
06836-0125

- 5 -

OPPOSITION TO MOTION TO CONFIRM SECOND AMENDED PLAN